IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Plaintiffs,

v.

JOSE GARCIA, et al.,

    Defendants.

No. C-09-05761 EDL

**ORDER FOR REASSIGNMENT**

In view of the Report and Recommendation filed on February 16, 2010, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: February 18, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge