UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

US BANK NATIONAL ASSO,

    Plaintiff,

  v.

JOSE GARCIA et al,

    Defendant.

Case Number: CV09-05761 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Garcia
322 Di Maggio Avenue
Pittsburg, CA 94565

Dated: February 18, 2010

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk