United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee<br><br>Plaintiff,<br><br>v.<br><br>JOSE GARCIA, et. al.,<br><br>Defendants. | No. C 09-5761 CRB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND AWARDING FEES AND COSTS** |

Now pending before the Court is the Report and Recommendation of Magistrate Judge LaPorte regarding Plaintiff U.S. Bank National Association's motion to remand and for costs and fees. No party has filed an objection. The Court has carefully reviewed and agrees with the Recommendation. Accordingly, the Court grants Plaintiff's motion to remand and awards costs and fees to Plaintiff in the amount of $700.00.

**IT IS SO ORDERED.**

Dated: March 3, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5761\Order Adopting Report and Recommendation.wpd