IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE GARCIA, et al.,<br><br>    Defendants.                   / | No. C 09-5761 CRB<br><br>**JUDGMENT** |

    The Court, having granted Plaintiff's Motion to Remand and For Fees and Costs, enters judgment in favor of Plaintiff against Defendants in the amount of $700.

    **IT IS SO ORDERED.**

Dated: March 5, 2010                         CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5761\Judgment.wpd